# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| I.U. NORTH AMERICA, INC., and NOSROC CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ALLIANZ UNDERWRITERS INSURANCE CO., formerly known as ALLIANZ UNDERWRITERS, INC. <br><br> Defendant. | Civil Action No. 1:22-cv-01360-GBW |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that Defendant's Requests for Production of Documents Directed to Plaintiffs I.U. North America, Inc. and Nosroc Corp. were served on the counsel listed below by electronic mail:

        Jody C. Barillare        jody.barillare@morganlewis.com
        Brian Loughnane       brian.loughnane@morganlewis.com
        Charles J. Malaret       charles.malaret@morganlewis.com
        Jeffrey W. Moss         jeffrey.moss@morganlewis.com

Dated:  January 23, 2025

OF COUNSEL:

MENDES & MOUNT, LLP
Eileen T. McCabe (*pro hac vice*)
Stephen T. Roberts (*pro hac vice*)
750 Seventh Avenue
New York, NY 10019
(212) 261-8000
eileen.mccabe@mendes.com
Stephen.roberts@mendes.com

COOCH AND TAYLOR, P.A.

/s/ *Carmella P. Keener*
Carmella P. Keener (DE #2810)
The Brandywine Building
1000 N. West Street, Suite 1500
Wilmington, Delaware 19801
(302) 984-3816
ckeeener@coochtaylor.com

*Attorneys for Defendant Allianz Underwriters Insurance Company, formerly known as Allianz Underwriters, Inc.*