UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| I.U. NORTH AMERICA, INC. and NOSROC CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLIANZ UNDERWRITERS INSURANCE COMPANY, formerly known as ALLIANZ UNDERWRITERS, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)　C.A. No. 22-cv-01360-GBW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER TO STAY DEADLINES
IN CASE SCHEDULING ORDER**

**WHEREAS**, on October 14, 2022, I.U. North America, Inc. and Nosroc Corporation ("Plaintiffs") filed their Complaint against Defendant Allianz Underwriters Insurance Company, formerly known as Allianz Underwriters, Inc. ("Defendant") in the above-captioned action (this "Action");

**WHEREAS**, on October 30, 2024, the Court entered a scheduling order (the "Scheduling Order") (D.I. 38) to govern this Action, including:

- Fact Discovery completed by June 27, 2025
- Expert Discovery due by November 3, 2025
- Final Pretrial Conference on August 18, 2026
- Bench trial on August 25, 2026;

**WHEREAS**, on April 29, 2025, the parties engaged in an unsuccessful mediation in an attempt to settle the claims at issue in this Action;

**WHEREAS**, the parties have scheduled an arbitration proceeding (the "Arbitration Proceeding") in September 2025;

**WHEREAS,** the parties have coordinated discovery in this Action and the Arbitration and agree to continue to coordinate discovery that they expect may be taken after June 27, 2025;

**WHEREAS,** the parties believe that the matters in the Arbitration Proceeding may impact issues and discovery in this Action;

**WHEREAS,** to efficiently litigate the claims at issue in this Action and to litigate the claims in the pending Arbitration Proceeding;

**IT IS HEREBY STIPULATED AND AGREED**, by and among the parties hereto, through their undersigned counsel, and subject to approval by the Court, as follows:

1. All deadlines in the Scheduling Order (D.I. 38) are hereby vacated and stayed pending resolution of the Arbitration Proceeding;

2. Plaintiffs will not object to Defendant's issuance to PACE of a third-party subpoena for the production of documents;

3. Plaintiffs will not object to Defendant's proceeding with discovery pursuant to that third-party subpoena in the Arbitration Proceeding;

4.     The parties shall inform the Court within thirty days of a final ruling in the Arbitration and present a proposed Scheduling Order to the Court to resolve the issues in this Action; and

5.     This stipulation is without prejudice to any party's rights, claims, or defenses in this Action and the Arbitration.

Respectfully submitted,

May 15, 2025

| MORGAN, LEWIS & BOCKIUS LLP | COOCH AND TAYLOR, P.A. |
|---|---|
| */s/ Jody C. Barillare* <br> Jody C. Barillare (DE #5107) <br> Charles J. Malaret (*pro hac vice*) <br> 1201 N. Market Street, Suite 2201 <br> Wilmington, Delaware 19801 <br> 302.574.3000 <br> jody.barillare@morganlewis.com <br> charles.malaret@morganlewis.com <br><br> **Attorneys for Plaintiffs I.U. North America, Inc. and Nosroc Corporation** | */s/ Carmella P. Keener* <br> Carmella P. Keener (DE #2810) <br> The Brandywine Building <br> 1000 North West Street, Suite 1500 <br> P.O. Box 1680 <br> Wilmington, Delaware 19899 <br> 302.984.3816 <br> ckeener@coochtaylor.com <br><br> MENDES & MOUNT LLP <br> Eileen T. McCabe (*pro hac vice*) <br> Stephen T. Roberts (*pro hac vice*) <br> 750 7th Avenue <br> New York, New York 10019 <br> eileen.mccabe@mendes.com <br> stephen.roberts@mendes.com <br><br> **Attorneys for Defendant Allianz Underwriters Insurance Company, formerly known as Allianz Underwriters, Inc.** |

**IT IS HEREBY ORDERED** this ___ day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE